**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1927

IN RE: LISA ANNETTE BROADNAX,

Debtor,

-------------------------------

LISA ANNETTE BROADNAX,

Debtor - Appellant,

versus

US TRUSTEE; FRANK J. SANTORO,

Trustees - Appellees,

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (CA-04-349-2; BK-02-72575; APN-03-7138)

Submitted: December 22, 2005          Decided:  December 28, 2005

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lisa Annette Broadnax, Appellant Pro Se.  Debera Frick Conlon, Assistant United States Trustee, Norfolk, Virginia; Kelly M. Barnhart, MARCUS, SANTORO & KOZAK, P.C., Chesapeake, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lisa Annette Broadnax appeals the district court's order affirming the bankruptcy court's dismissal of her Chapter 13 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Broadnax v. Santoro, Nos. CA-04-349-2; BK-02-72575; APN-03-7138 (E.D. Va. Aug. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED